UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In the matter of the search of | : | CASE NO.: 1:11-mj-349 |
| | : | |
| | : | MAGISTRATE JUDGE BOWMAN |
| | : | |
| 183 ANZIO COURT | : | **MOTION TO UNSEAL** |
| FAIRFIELD, OH 45014 | : | **SEARCH WARRANT** |

----------------------------------------

The United States respectfully requests that the Court unseal the Search Warrant and any other pleadings previously filed under seal in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney


s/Christy L. Muncy
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
221 East Fourth Streetl Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385
Christy.Muncy @usdoj.gov


IT IS **ORDERED** that the Search Warrant and any other pleadings previously filed under seal in the above-numbered case shall now be unsealed.


3/13/12
DATE

HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge